RECEIVED
BY MAIL
FEB 28 2006
CLERK, US DIST. COURT
ST. PAUL, MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JAMES M. BURNS,

Plaintiff,

v.

SOO LINE RAILROAD COMPANY,

Defendant.

Civil Action, File Number: 00-1231 JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 12/6/05.

SIEBEN, POLK, LAVERDIERE & DUSICH, P.A.

By [signature]
Michael S. Polk, #87397
999 Westview Drive
Hastings, MN 55033
(651 437-3148

Willard J. Moody, Jr., Esq.
Moody, Strople, Kloeppel, Basilone
and Higginbotham, Inc.
Suite 300, 500 Crawford Street
P.O. Box 1138
Portsmouth, VA 23705

John F. Conley
H. Seward Lawlor
Glasser and Glasser, P.L.C.
Crown Center, Suite600
580 East Main Street
Norfolk, VA 23510

*Attorneys for Plaintiff*

SCANNED
FEB 28 2006
U.S. DISTRICT COURT ST. PAUL

Dated: 12/2/05.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED:

BY THE COURT

[signature]
~~CHARLES R. WEINER~~
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
James T. Giles J.
2/17/2006

s:\burns, james\pleadings\stip dis.doc\tw

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

RECEIVED
BY MAIL
FEB 2 8 2006
CLERK, US DIST. COURT
ST. PAUL, MN

enclosure: